FILED
CLERK, U.S. DISTRICT COURT
MAY 9 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Norberto Chihuahua <br><br> Defendant. | Case No.: CR-04-01239-CAS-7 <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of CA for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on absence of background information; information

1   regarding community ties; undocumented immigration
2   status

4   and/or

5  B.  (✓) The defendant has not met his/her burden of establishing by
6   clear and convincing evidence that he/she is not likely to pose
7   a danger to the safety of any other person or the community if
8   released under 18 U.S.C. § 3142(b) or (c). This finding is based
9   on: Criminal history; history of non-compliance,
10   Substance abuse

14   IT THEREFORE IS ORDERED that the defendant be detained pending
15   the further revocation proceedings.

17  Dated: May 9, 2013

_____
CARLA M. WOEHRLE
UNITES STATES MAGISTRATE JUDGE

2.