O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR04-1239-CAS |
| Plaintiff, ) | |
| v. ) | FINAL REVOCATION OF |
| NORBERTO CHIHUAHUA, ) | SUPERVISED RELEASE AND JUDGMENT |
| Defendant. ) | |
| _____ ) | |

On July 24, 2013 and August 26, 2013, this matter came before the Court on Petition on Probation and Supervised Release originally filed on April 16, 2013. Government counsel, Wilson Park, the defendant and his appointed CJA attorney, Yolanda Barrera, were present. The U.S. Probation Officer, Helen Zaytseva, was also present.

The defendant admits the allegations in violation of his supervised release, as stated in the Petition filed on April 16, 2013. The Court finds that the defendant is in violation of the terms and conditions of her supervised release imposed on June 5, 2006.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is hereby revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of time served, to run concurrently with his sentence imposed in case number 2:13-CR-00423-CAS, with no supervision to follow.

///

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:   August 29, 2013

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: ___/S/_____
Catherine M. Jeang, Deputy Clerk

2